In the Matter of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Appellant.

MORTIMER W. BYERS et al., as Trustees of NORTHERN INSURANCE COMPANY OF MOSCOW, RUSSIA, Respondents.

*Appeal — intermediate order — motion to dismiss appeal granted.*

*Matter of People (Northern Ins. Co.),* 220 App. Div. 834, appeal dismissed.

(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, which affirmed an order of Special Term granting a motion for the appointment of a referee.

The motion was made upon the ground that the order appealed from was not a final order.

*Mortimer W. Byers* for motion.

*Albert Ottinger, Attorney-General (Clarence C. Fowler* of counsel), opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.